UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RAQUEL OLMO, :
:
Plaintiff, :
: 23-CV-10510 (JMF)
-v- :
: ORDER
MARIELA N. MATOSLEO et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Defendants in this action appear to be in default.  Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within one month of the date of this Order**.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute and/or abandonment without further notice to the parties.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.  Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants and the New York City Law Department **within one week of the date of this Order** and shall file proof of such service **within two weeks of the date of this Order**.

    SO ORDERED.

Dated: March 25, 2024
       New York, New York

                                                 JESSE M. FURMAN
                                           United States District Judge