UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RAQUEL OLMO,                                                       :
:
:
                        Plaintiff,                                 :
:       23-CV-10510 (JMF)
        -v-                                                        :
:               ORDER
:
MARIELA N. MATOSLEO et al.,                                        :
:
                        Defendants.                                :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Per the Court's July 2, 2024 Order, *see* ECF No. 21, the parties were "directed to contact the Chambers of Magistrate Judge Figueredo to schedule a settlement conference to be held before the close of the discovery period." *Id.* The discovery period closes today, *see* ECF No. 25, and it is not apparent from the docket that the parties have contacted Magistrate Judge Figueredo or scheduled a settlement conference, let alone completed one as required by the Court's order. Consequently, the parties are directed to file letters within **one week of the date of this Order** describing their discussions regarding settlement (albeit not the particulars of any demand or offer) and what efforts have been made to schedule a settlement conference with Magistrate Judge Figueredo and proposing a timeline for the scheduling and completion of such a conference.

       SO ORDERED.

Dated: December 3, 2024
      New York, New York
                                           JESSE M. FURMAN
                                          United States District Judge