UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RAQUEL OLMO, :
:
Plaintiff, :
: 23-CV-10510 (JMF)
-v- :
: ORDER
:
MARIELA MATOSLEO, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 28, 2025, Plaintiff filed a memorandum in opposition to Defendants' motion for summary judgment, ECF Nos. 51, 58, with six exhibits attached, ECF No. 58, at 17-36. Separately, Plaintiff submitted fourteen additional exhibits using the Court's filesharing service, including four videos and ten documents.  No later than **August 8, 2025**, Plaintiff shall file the ten documents she submitted using the filesharing service — namely, Exhibits E-N — on the public docket.  By the **same date**, she shall serve the video exhibits on Defendants (if she has not already) **and** file proof of such service on the docket.

      SO ORDERED.

Dated: August 1, 2025
       New York, New York
                                                JESSE M. FURMAN
                                           United States District Judge