**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAQUEL OLMO,

                Plaintiff,

      -against-                               23 **CIVIL** 10510 (JMF)

                                                        **JUDGMENT**

MARIELA N. MATOSLEO et al.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 12, 2026, Defendants' motion for summary judgment is GRANTED and Olmo's claims are dismissed, albeit without prejudice to refiling the state-law claims in state court; accordingly, the case is closed.

**Dated:** New York, New York

       February 17, 2026

                                  **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**

                 **BY:**           K. mango

                                  _____
                                    **Deputy Clerk**